**THOMPSON HINE**

ATLANTA    CLEVELAND    DAYTON    WASHINGTON, D.C.
CINCINNATI    COLUMBUS    NEW YORK

January 16, 2018

Via ECF

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/18

Re: *United States v. Raheem Brennerman*
    Case No.: 17-cr-337

Dear Judge Sullivan:

    This letter is submitted by counsel for defendant Raheem Brennerman in the above matter. On December 6, 2017, Mr. Brennerman was convicted after trial of conspiracy, bank fraud, wire fraud and visa fraud. His post-trial motions are currently due on January 22, 2018. Mr. Brennerman has informed us that he is in the process of interviewing and engaging new counsel to replace the undersigned and has directed us not to file post-trial motions on his behalf, but to request a 30 day extension of time to submit his post-trial motions.

    We are therefore respectfully requesting a 30-day extension of time for Mr. Brennerman to file his post-trial motions in this matter.

    The government has no objection to this request.

    Thank you for your courtesy and consideration.

```
Defendant shall make his motion
no later than February 21, 2018
```

Respectfully submitted,

SO ORDERED
Dated: 1/16/18
RICHARD J. SULLIVAN
U.S.D.J.

By: Maranda E. Fritz
    Brian D. Waller
    Brian Steinwascher
*Attorneys for Raheem Brennerman*

cc: AUSA Nicolas Roos
    AUSA Robert Sobelman
    AUSA Danielle Sassoon
    AUSA Emil Bove

---

THOMPSON HINE LLP
ATTORNEYS AT LAW

335 Madison Avenue
12th Floor
New York, New York 10017-4611

www.ThompsonHine.com
O: 212.344.5680
F: 212.344.6101