THOMPSON
HINE

ATLANTA          CLEVELAND          DAYTON          WASHINGTON, D.C.
        CINCINNATI          COLUMBUS          NEW YORK

February 14, 2018

Via ECF

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007



        Re:     *United States v. Raheem Brennerman*
                Case No.: 17-cr-337

Dear Judge Sullivan:

        To address the motion to withdraw filed by our office on February 12, 2018, the Court
ordered us to appear for a conference on February 15, 2018 at 3:00 p.m.  Unfortunately, I have
an unavoidable personal matter to tend to that day and would be unable to appear at the
conference.  We contacted the Court's clerk this morning and was informed that the Court is
available the following day, on February 16, 2018, at either 9:30 a.m. or 12:00 p.m.  The
government is also available on that day.  We therefore respectfully request that the conference
scheduled for February 15 be moved to February 16 at 9:30 a.m.

        Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        s/ Maranda Fritz
                                        Maranda E. Fritz
                                        Brian D. Waller

                                        *Attorneys for Raheem Brennerman*

cc:     All counsel via ECF

                                The conference is adjourned
                                to 10:15 a.m. on Friday,
                                February 16, 2018.

                                SO ORDERED
                                Dated: 2/14/18        RICHARD J. SULLIVAN
                                                      U.S.D.J.
Maranda.fritz@thompsonhine.com    Fax: (212) 344-6101    Direct Dial: (212) 908-3966

---

THOMPSON HINE LLP        335 Madison Avenue        www.ThompsonHine.com
ATTORNEYS AT LAW         12th Floor                O: 212.344.5680
                         New York, New York 10017-4611   F: 212.344.6101