UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAHEEM J. BRENNERMAN,

                Defendant.

No. 17-cr-337 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As discussed at the conference on February 16, 2018 and in the attached letter to the Court, the Court will appoint CJA attorney Scott Tulman for the limited purpose of discussing with Defendant whether he wishes to have stand-by counsel appointed in this case and in 17 CR 155 (LAK) pursuant to the Criminal Justice Act. In the event that Defendant seeks the appointment of stand-by counsel, he must complete a financial affidavit demonstrating that he qualifies for the appointment of such counsel. The parties shall appear for a conference in this matter on March 13, 2018 at 3:00 p.m.

SO ORDERED.

Dated:    February 28, 2018
             New York, New York

_____
RICHARD J. SULLIVAN

TRULINCS 54001048 - BRENNERMAN, RAHEEM J - Unit: BRO-I-B
------------------------------------------------------------

FROM: 54001048
TO:
SUBJECT: Re: LEGAL COMMUNICATION
DATE: 02/20/2018 08:35:06 AM

x

Raheem J. Brennerman
Metropolitan Detention Center
P. O. Box 329002
Brooklyn, New York 11232

Honorable Judge Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

BY POSTAL SERVICES

February 21, 2018

Re: United States v. Raheem J. Brennerman
Case No. 17 Cr.337 (RJS)

Dear Honorable Judge Sullivan,

    Defendant, Raheem Brennerman confirms as requested by the court, that he will represent himself pro se with advice of counsel, for the post trial motion (rule 29 motion for judgment of acquittal) submitted to the court. Defendant respectfully requests that the court order the government to answer the rule 29 motion, already submitted and docketed with the court. Furthermore, defendant requests three to four weeks to reply to government answer, due to logistics issues, since a week is required to receive the answer from the government, then approximately one to two weeks to draft the response and another week to mail the response to the court and government, as defendant does not have access to electronic filing.

    Furthermore, defendant, respectfully requests that the court compel the government to disclose pursuant to the same arguments relied upon in Giglio v. United States, whether any agreement was made with Mr. Julian Madgett, ICBC London or any of their affiliates, agents, attorneys, counsel, members etc, prior to, or for the testimony of Mr. Julian Madgett.

    Defendant, further expounds on his reasons for deciding to represent himself, pro se. In 2015, defendant engaged Latham & Watkins to represent his company - The Blacksands Pacific Group, Inc with the ICBC London civil litigation because, ICBC London reneged on their agreement and promise, and although the legal fees was approx. $1 million, defendant and his company, each ended with civil contempt of court, then criminal contempt of court, and defendant with a fraud charge stemming from the civil case. Thereafter, defendant, engaged the services of Thompson Hine, and although they have withdrawn over $400,000 from defendant's account (approx. $200,000 while the defendant has been in federal custody), they are still requesting for another $835,000 which will total in excess of $1.2 million for a lackluster representation, especially given the significant issues cited within the post trial, rule 29 motion. Engaging a new counsel will require very careful consideration and in an effort not to delay proceedings and the court's time, defendant will proceed pro se with advice of counsel, for the post trial motions and proceedings.

    Defendant, apologizes to the court in advance for not adhering to standard conformity due to the fact that he has limited resources while incarcerated at the Metropolitan Detention Center.

    Defendant respectfully submits the above and awaits the court's decision. This correspondence is submitted without prejudice.

Dated: February 21, 2018
New York, New York

RESPECTFULLY SUBMITTED

*[signature]*

By. Defendant