UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAHEEM J. BRENNERMAN,

                Defendant.

No. 17-cr-337 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the request of counsel, IT IS HEREBY ORDERED THAT the conference scheduled for March 13, 2018 at 3:00 p.m. is adjourned to 4:00 p.m. that same day. IT IS FURTHER ORDERED THAT the deadlines for all motions are stayed pending the conference.

SO ORDERED.

Dated:    March 1, 2018
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE