TRULINCS 54001048 - BRENNERMAN, RAHEEM J - Unit: BRO-I-B
--------------------------------------------------------

FROM: 54001048
TO:
SUBJECT: Re: LEGAL COMMUNICATION (RJS, 03.01.18)
DATE: 03/01/2018 09:27:34 AM




x

Raheem J. Brennerman (54001-048)
Metropolitan Detention Center
P O Box 329002
Brooklyn, New York 11232

Honorable Judge Richard J. Sullivan
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

With copy to:

Honorable Judge Lewis A. Kaplan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

March 1, 2018

Re: United States v. Raheem J. Brennerman
Case No: 17. Cr 337 (RJS)

Dear Honorable Judge Sullivan,

Defendant, Raheem Brennerman, submits and responds to the order of the court entered on February 28, 2018, with respect to the appointment of Attorney Scott B. Tulman, as back up counsel for this case and the case before Honorable Judge Lewis A. Kaplan (case no: 17 Cr. 155 (LAK)).

This case stems from an apparent lack of any meaningful investigation that preceded the continuous incarceration and prosecution of the defendant. It highlights the very rare instances where government encroaches on the civil liberties and rights of a person and demonstrates the significant and egregious violations (statutory, constitutional and others), which are not attenuated by the status quo or the passage of time. The constitutional rights accorded to every persons of all ages, races and background, within the jurisdiction and territories of the United States of America, allows United States to function as a civil and lawful society. Where such rights and liberties are grossly violated, any Justice or Judge of the United States court is empowered to hold the government to accountability. Here, defendant's fourth, fifth and sixth amendment rights among others, are grievously violated and continues to be violated as the continued incarceration of the defendant does not dissipate such violation but further exacerbates it. Defendant, Raheem Brennerman, has submitted motion pursuant to rule 29 (c) for judgment of acquittal; motion for correction of erroneous finding during prior bail application; and request for bail pending the resolution of the rule 29(c) motion based on substantial constitutional, statutory and other violations among others. Defendant, has also submitted motion pursuant to rule 33 for new trial in respect of the case before Judge Kaplan. Aside from the constitutional and other violations stated, defendant has highlighted to the court that government deceived the court and jury, not once but twice, during each trial.

Defendant, avers that while the appointment of Attorney Scott B. Tulman is desirous, he will not qualify for a public funded attorney, because he is not claiming to be indigent or impecunious, as he has assets outside of the United States since defendant resides outside of the United States and the continuous incarceration is the sole hindrance to accessing his overseas assets. Furthermore, defendant is inclined not to submit any financial affidavit to the court which could become the subject of contention or prosecution in the future. Moreover, defendant, has selected Attorney Jeremy Iandolo as backup attorney.

Defendant, respectfully reiterates his request for the court to order the government to answer his pending post trial, rule 29(c) motion, and other motions, in the interest of justice.

TRULINCS 54001048 - BRENNERMAN, RAHEEM J - Unit: BRO-I-B

---

Defendant, submits the above without prejudice and awaits the courts response.

Dated: March 1, 2018
    Brooklyn, New York

RESPECTFULLY SUBMITTED

By. Defendant



BEGUMFROMAN (54001-048)
MDC DETENTION CENTER
29002
NEW YORK 11232

Honorable Judge Lewis A. Kaplan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007