LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 100
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

Via Email:
sullivannysdchambers@nysd.uscourts.gov.

March 19, 2018

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    United States v. Raheem Brennerman
               17 cr-00337-RJS

Dear Judge Sullivan:

     I am appointed counsel for Defendant Raheen Brennerman for a limited purpose.

     On March 13, 2018, the Court appointed me to discuss with Mr. Brennerman issues relating to the appointment of counsel or stand-by counsel, and the completion of the requisite financial affidavit in the event Mr. Brennerman sought the appointment of counsel. The Court directed Mr. Brennerman to write to the Court by March 20, 2018, with his decisions.

     Having met with Brennerman on March 18, 2018, I write at Mr. Brennerman's express request and as an aid to the Court, to respectfully inform the Court of the following:

     1.    Mr. Brennerman has timely written to the Court with his response but fears it will not reach the Court by March 20, 20118 – hence this letter from appointed counsel;

     2.    Mr. Brennerman seeks to proceed *pro se*, while reserving the right to later retain counsel in his pending matters or for appellate or post-conviction relief;

     3.    Mr. Brennerman is desirous of having stand-by counsel appointed in this matter;

     4.    Mr. Brennerman has written to the Court and provided the Court with a completed CJA 23 affidavit. I discussed with Mr. Brennerman the form he intended to submit but did not actually see the form.

SCOTT B. TULMAN & ASSOCIATES, PLLC

Letter to Hon. Richard J. Sullivan
March 19, 2018
Page 2

     5.    Mr. Brennerman has revised his pending motions seeking relief pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure, and seeks leave to substitute a new motion for the pending motion. (Dkt. Entry No. 115).

                    Respectfully submitted,

                    Scott B. Tulman

SBT:ss
cc:    Nicholas Roos (via email)