TRULINCS 54001048 - BRENNERMAN, RAHEEM J - Unit: BRO-I-B

-----------------------------------------------------------------------------------

FROM: 54001048
TO:
SUBJECT: Re: LEGAL COMMUNICATION
DATE: 04/06/2018 06:02:21 PM

x

Raheem J. Brennerman (54001-048)
Metropolitan Detention Center
P O Box 329002
Brooklyn, New York 11232

Honorable Judge Richard J. Sullivan
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

April 6, 2018

Re: United States v. Raheem J. Brennerman
Case No. 17 CR. 337 (RJS)

Dear Judge Sullivan:

Defendant, Pro Se, Raheem Brennerman, submits to the court, to correct the erroneous docket number stated within his correspondence appending the supplement memorandum motion dated March 30, 2018. The substitute Rule 29 and 33 motion pursuant to the Federal Rules of Criminal Procedure is docketed at dkt. no. 128 (not dkt. no. 126) and replaces the previous motion docketed at dkt. no. 115. And the Rule 29 and 33 supplement memorandum motion pursuant to the Federal Rules of Criminal Procedure is docketed at dkt. no. 129.

Furthermore, correspondence from, a Jose Luis Mata, docketed at dkt. no. 130 is unrelated to this case.

Dated: April 6, 2018
Brooklyn, New York

RESPECTFULLY SUBMITTED

/s/ Raheem J. Brennerman
Defendant, Pro Se

Metropolitan Detention Center
P O Box 329002
Brooklyn, New York 11232