USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAHEEM J. BRENNERMAN,

                      Defendant.

No. 17-cr-337 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant, dated September 17, 2018, that purports to "reasonably apprise the Court" of a number of issues related to his case and to "preserve the record" on those issues. Defendant also notes that he wishes "to avoid the same prejudice that occurred at trial with Brennerman's trial counsel's ineffectiveness[,]" and he has attached several letters addressed to his attorney, Scott Tulman. However, because Defendant is currently represented by counsel, the Court declines to docket or otherwise consider Defendant's letter. As the Court clearly explained to Defendant at the August 6, 2018 conference in this matter, he may only communicate with the Court through his attorney. (*See* Doc. No. 189 at 18:24–19:12.)

SO ORDERED.

Dated:      October 3, 2018
               New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE