UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAHEEM BRENNERMAN,

               Defendant.

No. 17-cr-337 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the government shall file a letter by April 20, 2020, setting forth its position on defendant's motion for bail pending appeal and related discovery requests (ECF Nos. 236, 237).

SO ORDERED.

Dated:    April 13, 2020
               New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation