UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAHEEM J. BRENNERMAN,

                 Defendant.

No. 17-CR-337 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from Defendant Raheem J. Brennerman dated August 24, 2021.  This letter is addressed to Chief Judge Swain and requests relief only from Chief Judge Swain.  Because the letter requests nothing from the Court, the Court will not respond to the letter or take any further action in connection with it.

SO ORDERED.

Dated:     September 1, 2021
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation