UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>against<br><br>RAHEEM J. BRENNERMAN,<br><br>Defendant. | No. 17-CR-337 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of two virtually identical letters, dated May 5, 2022, from Defendant Raheem J. Brennerman. The letters are addressed to Chief Judge Swain and request relief only from Chief Judge Swain. Because the letters request nothing from the Court, the Court will not respond to the letters or take any further action in connection with them.

SO ORDERED.

Dated:   May 17, 2022
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation