UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

against

RAHEEM J. BRENNERMAN,

Defendant.

No. 17-CR-337 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a number of pro se emails from Defendant Raheem J. Brennerman. Under Section 1(A) of the Court's Individual Rules and Practices, all pro se communication with the Court must be conducted by letter through the Court's pro se office, and the Court declines to receive the noncompliant emails or take any further action in connection with them.

SO ORDERED.

Dated:   September 12, 2022
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation