UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>against<br><br>RAHEEM J. BRENNERMAN,<br><br>      Defendant. | No. 17-cr-337 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  Defendant Raheem J. Brennerman, proceeding pro se, submitted an "omnibus motion" seeking, among other things, vacatur of his convictions and sentence under 28 U.S.C. § 2255 (Doc. Nos. 269, 275).  In January 2023, the Court denied that motion (Doc. No. 289), as well as Brennerman's subsequent motion for reconsideration (Doc. Nos. 290, 291).  Because a civil action was not previously opened upon the filing of Brennerman's "omnibus motion" containing a request under 28 U.S.C. § 2255, the Clerk of Court is respectfully directed to open a new action under section 2255 and docket in the new action Doc. Nos. 269, 275, 289, 290, 291, and 292 from Case No. 17-cr-337.

SO ORDERED.

Dated:  February 27, 2023
      New York, New York

                   _____
                   RICHARD J. SULLIVAN
                   UNITED STATES CIRCUIT JUDGE
                   Sitting by Designation