UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RAHEEM J. BRENNERMAN,<br><br>Defendant. | No. 17-cr-337 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Harvey Fishbein, Esq., is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Raheem J. Brennerman in the above-captioned matter, *nunc pro tunc* to July 11, 2024. Mr. Fishbein shall promptly file a notice of appearance in Case No. 17-cr-337.

SO ORDERED.

Dated:    July 18, 2024
               New York, New York

                                                            RICHARD J. SULLIVAN
                                                             UNITED STATES CIRCUIT JUDGE
                                                            Sitting by Designation