UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

RAHEEM BRENNERMAN,

Defendant.

No. 17-cr-337 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant's motions to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and 18 U.S.C. § 3582(c)(2) and to compel Linklaters LLP to produce documents related to a bridge loan transaction. (*See* Doc Nos. 309 and 317.) IT IS HEREBY ORDERED that the government shall file a response to Defendant's motions by October 1, 2024. SO ORDERED.

Dated:   September 11, 2024
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation